## KENDRICK v. GRIGLER et al.
### No. 10219.

Court of Civil Appeals of Texas. San Antonio.

Dec. 22, 1937.

———◆———

Cox & Cox, of Beeville, for appellant.

Grover D. Edgar and L. J. Freeman, both of Beeville, and J. A. Wood, of Corpus Christi, for appellees.

SLATTON, Justice.

As this case comes before this court without briefs having been filed by either party, the appeal will be dismissed.